THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THURSTON EUGENE BROWN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 5:05-CV-257 (CAR) |
| | : | |
| DONALD BARROW, Warden, | : | |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 12) that the above-captioned petition for federal habeas corpus relief be dismissed as untimely under 28 U.S.C. § 2244(d). The Petitioner has entered his objections to the Recommendation. Upon review of the Recommendation and the arguments of the parties, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the instant petition for federal writ of habeas corpus is hereby **DENIED**.

**SO ORDERED**, this 9th day of January, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw